UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REALTIME DATA LLC,

    Plaintiff(s)

v.

BARRACUDA NETWORKS INC.,

    Defendant(s)

Case No. C 3:17-cv-06701-EMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: December 4, 2017    Signed: _____, Secretary-Treasurer
                                                Party

Date: December 4, 2017    Signed: Paul A. Kroeger
                                                Attorney

Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*