| | |
|---|---|
| RUSS, AUGUST & KABAT<br>Marc A. Fenster (CA SBN 181067)<br>Email: mfenster@raklaw.com<br>Paul A. Kroeger (CA SBN 229074)<br>Email: pkroeger@raklaw.com<br>Reza Mirzaie (CA SBN 246953)<br>Email: rmirzaie@raklaw.com<br>Brian D. Ledahl (CA SBN 186579)<br>Email: bledahl@raklaw.com<br>C. Jay Chung (CA SBN 252794)<br>Email: jchung@raklaw.com<br>Philip X. Wang (CA SBN 262239)<br>Email: pwang@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>Attorneys for Plaintiff<br>*REALTIME DATA LLC* | DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>RYAN M. KENT (SBN 220441)<br>rkent@durietangri.com<br>ADAM R. BRAUSA (SBN 298754)<br>abrausa@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300<br><br>Attorneys for Defendant *BARRACUDA NETWORKS, INC.* |

JOHN RUSSELL EMERSON (*Pro hac vice*)
(russ.emerson@haynesboone.com)
STEPHANIE N. SIVINSKI (*Pro hac vice*)
(stephanie.sivinski@haynesboone.com)
MATTHEW P. CHIARIZIO (*Pro hac vice*)
(matthew.chiarizio@haynesboone.com)
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5000
Fax: (214) 200-0615

JENNIFER M. LANTZ (CA SBN 202252)
(jennifer.lantz@haynesboone.com)
HAYNES AND BOONE, LLP
525 University Avenue, Suite 400
Palo Alto, California 94301
Phone: (650) 687-8800
Fax: (650) 687-8801

Attorneys for Plaintiff
*RIVERBED TECHNOLOGY, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

JOINT AMENDED SCHEDULE

| | | |
|---|---|---|
| 1 | RIVERBED TECHNOLOGY, INC. | Case No. 3:17-cv-03182-EMC |
| 2 | | Case No. 3:17-cv-06701-EMC |
| | Plaintiff and Cross-Defendant | **STIPULATED AMENDED SCHEDULE** |
| 3 | | |
| 4 | vs. | |
| 5 | REALTIME DATA LLC | |
| 6 | Defendant and Counter-Claimant | |
| 7 | REALTIME DATA LLC d/b/a IXO, | |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | BARRACUDA NETWORKS, INC., | |
| 11 | Defendant. | |

The parties jointly propose the following amendments to the current schedules in the above-styled cases as set by the Court's Orders of June 15, 2018 (Dkts. 76 and 110, respectively):

| **Current Deadline** | **New Deadline** | **Event** |
|---|---|---|
| 7/16/2018 | 8/13/2018 | Riverbed and Barracuda produce core technical documents (PLR 3-4(a)) |
| 8/16/2018 | 9/28/2018 | Realtime serves amended infringement contentions |
| 10/1/2018 | 12/3/2018 | Riverbed and Barracuda serve invalidity contentions |
| 10/29/2018 | 12/17/2018 | Exchange of proposed claim construction terms (PLR 4-1) |
| 11/19/2018 | 1/7/2019 | Exchange of preliminary claim constructions and extrinsic evidence (PLR 4-2) |
| 12/4/2018 | 12/4/2018 (no change) | Realtime serves damages contentions (PLR 3-8) |
| 2/1/2019 | 2/1/2019 (no change) | Joint claim construction and prehearing statement filed (PLR 4-3) |
| 2/15/2019 | 2/15/2019 (no change) | Riverbed and Barracuda serve responsive damages contentions (PLR 3-9) |
| 2/15/2019 | 2/15/2019 (no change) | Completion of claim construction discovery (PLR 4-4) |
| 3/7/2019 | 3/7/2019 (no change) | File Claim Construction Opening Brief (PLR 4-5) |
| 3/21/2019 | 3/21/2019 (no change) | File Responsive Claim Construction Brief (PLR 4-5) |
| 3/28/2019 | 3/28/2019 (no change) | File Reply Claim Construction brief (PLR 4-5) |
| 4/2/2019 2:00 pm | 4/2/2019 2:00 pm (no change) | Tutorial |
| 4/16/2019 9:30 am | 4/16/2019 9:30 am (no change) | Claim Construction Hearing (PLR 4-6) |

| | | |
|---|---|---|
| Dated: July 10, 2018 | | RUSS AUGUST & KABAT |

By: */s/ Paul A. Kroeger*
MARC A. FENSTER
PAUL A. KROEGER
REZA MIRZAIE
BRIAN D. LEDAHL
C. JAY CHUNG
PHILIP X. WANG

Attorneys for Plaintiff
REALTIME DATA LLC d/b/a IXO

Dated: July 10, 2018       DURIE TANGRI LLP

By: */s/ Adam R. Brausa*
DARALYN J. DURIE
RYAN M. KENT
ADAM R. BRAUSA

Attorneys for Defendant
BARRACUDA NETWORKS, INC.

Dated: July 10, 2018       HAYNES AND BOONE, LLP

By: */s/ Matthew P. Chiarizio*
JOHN RUSSELL EMERSON
JENNIFER M. LANTZ
STEPHANIE N. SIVINSKI
MATTHEW P. CHIARIZIO

Attorneys for Defendant
RIVERBED TECHNOLOGY, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Matthew P. Chiarizio, attest that concurrence in the filing of this document has been obtained.

Dated: July 10, 2018

*Matthew P. Chiarizio*

**IT IS SO ORDERED** that the foregoing Agreement

Dated: July 12, 2018



UNITED STATES DISTRICT JUDGE